UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LESLIE M. HORNE,<br><br>  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Civil No. 6:24-cv-00247-HZ<br><br><br>ORDER FOR ATTORNEY<br>FEES PURSUANT TO EAJA |

Based on the stipulation of the parties, it is ORDERED that attorney fees in the amount of $12,250.00 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S. Ct. 2521, 2527 (2010), if the Commissioner confirms that Plaintiff owes no debt to the Government through the federal treasury offset program, payment of this award shall be made by check made payable and mailed to Plaintiff's counsel, Mark A. Manning. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's address provided above. There are no costs or expenses to be paid herein.

IT IS SO ORDERED this   15   day of   April  , 202_.

_____
MARCO A. HERNANDEZ
SENIOR U.S. DISTRICT COURT JUDGE